FILED

AUG - 8 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:19CR628 HEA/JMB ) |
| ARONDO HARRIS, | ) ) |
| Defendant. | ) |

**INDICTMENT**

The Grand Jury charges:

**COUNTS 1 THROUGH 3**
(Identity Theft)

**A.    INTRODUCTION**

1. The State of Missouri permits the transfer of property from one owner to another through a quit claim deed. This enables the current owner to provide title without providing a warranty of title.

2. When property located in the City of St. Louis, Missouri is to be transferred through a quit claim deed, the grantor, the current owner of the property, and the grantee, the future owner of the property, must sign the quit claim deed, and their signatures must be authenticated by a licensed notary public.

1

3. Between January 9, 2019 and February 6, 2019, defendant **ARONDO HARRIS** used quit claim deeds that were falsely authenticated through use of the signature and notary seal of K.L. to transfer property located in the City of St. Louis to himself from L.H., R.T. and P.T., and S.W.

4. At the time of the transfer to defendant **ARONDO HARRIS** from R.T. and P.T., R.T. and P.T. were dead.

5. L.H., S.W., and K.L. did not sign the quit claim deeds used to transfer property located in the City of St. Louis to defendant **ARONDO HARRIS**.

6. After accepting the fraudulently obtained quit claim deeds as legitimate, representatives of the City of St. Louis, Missouri recorded defendant **ARONDO HARRIS** as the owner of residences located at 1405 Switzer Avenue, St. Louis, Missouri, 4041 North Newstead Avenue, St. Louis, Missouri, and 1435 McLaran Avenue, St. Louis, Missouri.

7. At the time of the transfer, the value of each of the pieces of property located at 1405 Switzer Avenue, St. Louis, Missouri, 4041 North Newstead Avenue, St. Louis, Missouri, and 1435 McLaran Avenue, St. Louis, Missouri exceeded $750.00.

8. The City of St. Louis, Missouri uses the United States Postal Service to deliver documents related to the transfer of property to grantors and grantees.

**B.     FRAUDULENT TRANSACTIONS**

9.     On or about the dates listed below, within the Eastern District of Missouri, the defendant,

**ARONDO HARRIS,**

in a matter affecting interstate commerce, knowingly transferred, possessed, and used, without lawful authority, the means of identification of another, that being the name and notary identification number of K.L., with the intent to commit, and in connection to the felony crimes of forgery, in violation of Missouri Revised Statutes §570.090, and stealing, in violation of Missouri Revised Statutes §570.030:

| **COUNT** | **DATE** | **PROPERTY FRAUDULENTLY TRANSFERRED** |
|---|---|---|
| 1 | January 28, 2019 | 4041 North Newstead Avenue, St. Louis, Missouri |
| 2 | February 5, 2019 | 1405 Switzer Avenue, St. Louis, Missouri |
| 3 | February 5, 2019 | 1435 McLaran Avenue, St. Louis, Missouri |

In violation of Title 18, United States Code, Section 1028(a)(7).

3

## COUNTS 4 THROUGH 6
(Identity Theft)

The allegations contained in paragraphs 1 through 8 of this Indictment are re-alleged and incorporated by reference as if fully set out herein.

C.  **FRAUDULENT TRANSACTIONS**

10.  On or about the dates listed below, within the Eastern District of Missouri, the defendant,

**ARONDO HARRIS,**

in a matter affecting interstate commerce, knowingly transferred, possessed, and used, without lawful authority, the means of identification of another, that being the names of the property owners listed below, with the intent to commit, and in connection to the felony crimes of forgery, in violation of Missouri Revised Statutes §570.090, and stealing, in violation of Missouri Revised Statutes §570.030:

| COUNT | DATE | PROPERTY OWNER(S) |
| --- | --- | --- |
| 4 | January 29, 2019 | R.T. and P.T. |
| 5 | February 6, 2019 | L.H. |
| 6 | February 6, 2019 | S.W. |

In violation of Title 18, United States Code, Section 1028(a)(7).

A TRUE BILL.


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
TRACY LYNN BERRY - 014753 TN
Assistant United States Attorney

5