# Home value estimates
## on realtor.com®

Home valuations from
**reliable sources**

### What are home value estimates?

An automated valuation model (AVM) is a computer-driven mathematical model that uses basic property characteristics, local market information, and price trends to produce a home value estimate.

Buying or selling a home is a big deal and having reliable home valuation estimates is key to a successful transaction. Our high-quality home valuation estimates are sourced directly from multiple independent AVM providers and are used and trusted by the lending industry.



### Realtor.com® – your trusted partner

For over two decades, we've been a trusted resource for homebuyers and sellers. Now, we're bringing the same commitment to transparency and trustworthy data to consumers by offering them home values about specific properties.

We offer reliable estimates from *multiple* valuation providers that are independent of realtor.com®. This is important because you deserve high-quality home valuation estimates you can trust.

These robust home valuation estimates offer a high, low and median price point for every property on our site and can be used as a starting point for informed pricing discussions with a local real estate agent.



## Our valuation providers

We spent months conducting extensive research on a variety of valuation providers. This exhaustive process allowed us to choose the three best, most reliable sources of home value estimates to provide consumers with greater insights on home values.

### Collateral Analytics™

Collateral Analytics, now a part of Black Knight, Inc. (NYSE:BKI), builds and delivers a wide range of automated valuation models (AVMs), collateral and mortgage risk technology, and other related products to the mortgage, capital markets and real estate sectors.

### CoreLogic®

CoreLogic is an industry leader in automated valuations and provides AVMs tailored to specific use cases. CoreLogic Total Home Value for Marketing is an AVM designed specifically to help consumers gain a better understanding of the value of a home.

### Quantarium

Founded by a leading team of scientists and Ph.Ds, Quantarium is one of the most accurate sources of property insights for over 153 million U.S. properties, and is trusted by major mortgage lenders, financial institutions, and home builders.

The home value estimates displayed on realtor.com are designed to offer consumers a broader sense of a home's value. Ultimately, speaking with a local real estate agent who knows the market is your best source for determining the value of a specific home.

## Frequently Asked Questions

**Is this an appraisal?** —

No, the home values listed are estimates and are not formal appraisals. The goal is to provide more insight into a home's potential value and should therefore only be considered as a starting point. Please contact a professional real estate agent to better understand a home's value in the current market.

### Can I see how the home value has changed over time?

Where available, we provide historical home value estimate data. This will allow you to see how the property value has changed over the years.

### How often are the home value estimates updated?

The home value estimates are updated frequently to reflect current market conditions.

### I believe the estimates on my property are incorrect. Is there anything I can do to change that?

No, these estimates are generated by AVMs provided by three different companies which are the same trusted AVM providers used by top lenders and insurance companies to make mortgage and property coverage decisions. Since these are independent sources, the property valuation estimates are derived from data and each provider's modeling techniques.

### Why does realtor.com provide multiple estimates?

Since many input sources are used and each AVM methodology is different, property value estimates can vary from one AVM provider to the next. Providing valuation estimates from multiple sources, each with their own unique algorithms, gives you a more complete picture of a home's potential value.

### Where do I go if I need further assistance?

Understanding a home's value can be a complicated matter, especially since the dynamics of the housing market is constantly changing. We encourage you to talk to a knowledgeable real estate agent, who can help you decide the best valuation for your home. For all other inquiries, please submit your question here

         

| About us | Careers | Feedback | Media room |
| --- | --- | --- | --- |
| Ad Choices | Advertise with us | Agent support | Privacy |
| Terms | Home Made | Tech Blog | Sitemap |

**Do Not Sell My Personal Information**

**GET THE APP**

 

**PRODUCTS**

| Leads & Branding | ListHub | Moving.com | International |
| --- | --- | --- | --- |
| SeniorHousingNet.com | Doorsteps | Avail | Builder Solutions |

**NEWS CORP**

| | | | |
|---|---|---|---|
| Barrons | Financial News | Harper Collins | Mansion Global |
| MarketWatch | New York Post | REA Group | Storyful |
| Wall Street Journal | Makaan.com | Housing.com | PropTiger.com |
| News Corp Australia | News UK | | |

© 1995-2021 National Association of REALTORS® and Move, Inc. All rights reserved.